UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. JAMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-10-05407 (DMR)<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

　　　　On December 14, 2010, Defendants Litton Loan Servicing, LP, and Bank of America, filed a Motion to Dismiss and to Strike the Punitive Damage Allegations of Second Amended Complaint ("Motion to Dismiss"), pursuant to Federal Rule of Civil Procedure 12. *See* Docket No. 5. Defendants noticed a hearing on the Motion to Dismiss for February 10, 2011 at 11:00 a.m.

　　　　Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendants' Motion to Dismiss set for February 10, 2011, is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

　　　　IT IS SO ORDERED.

Dated: December 17, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge